# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRADLEY BOZSAN,**

              **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:14-cv-1652-Orl-18DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

              **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**　**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (Doc. No. 2)**
>
> **FILED:**　October 10, 2014
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

According to the unsworn Affidavit, Plaintiff has a modest bank balance and an income from "pensions, annuities, or life insurance payments" as well as from "other" unidentified sources, which, while modest, well exceeds his only identified obligation.[1]  Under these circumstances, there is no showing that Plaintiff is a pauper.  It is therefore **respectfully recommended** that the motion be

---

[1] The Court assumes the amounts listed under these categories are monthly amounts.  To the extent these amounts are *yearly* totals from these categories, Plaintiff fails to explain how he subsists on such an income, considering that he lists no gifts, wages, or welfare aid.

denied. In view of his modest income, it is **further** recommended that Plaintiff be allowed to pay the filing fee in two equal installments of $200 each, due four weeks apart. No summons shall issue until full payment is made.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 22, 2014.

          *David A. Baker*
          DAVID A. BAKER
          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy