UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRADLEY BOZSAN,

    Plaintiff,

v.                                    Case No: 6:14-cv-1652-Orl-18DAB

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## ORDER

THIS CAUSE comes for consideration on Plaintiff Bradley Bozsan's Motion for Leave to Proceed in Forma Pauperis (Doc. 2). The Court referred the Motion to United States Magistrate Judge David A. Baker for a report and recommendation. Bozsan filed no objection to Judge Baker's Report and Recommendation (Doc. 6). Having reviewed the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge David A. Baker's Report and Recommendation (Doc. 6) is **APPROVED** and **ADOPTED**.

2. The Court **DENIES** Plaintiff Bradley Bozsan's Motion for Leave to Proceed in Forma Pauperis (Doc. 2).

3. Bozsan will be permitted to pay the filing fee in two (2) equal installments of $200 each. The second payment shall be due four weeks after the first payment. No summons shall issue until full payment is made.

**DONE and ORDERED** in Orlando, Florida on this 12 day of November, 2014.

                                                G. KENDALL SHARP
                                                SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties